# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIC RIZZI, et al., | ) |
| Plaintiff, | ) 2:20-cv-82 |
| vs. | ) |
| AUSTIN'S PLACE, | ) |
| Defendants. | ) |

## **ORDER**

**AND NOW**, this 5th day of June, 2020, the court has been advised that the above-captioned action has been settled and that the only matter remaining to be completed is submission of a stipulation for dismissal under Fed. R. Civ. P. 41(a). Counsel is advised to file the stipulation promptly.

**IT IS HEREBY ORDERED** that the Clerk mark the above-captioned case closed; that nothing contained in this order shall be considered a dismissal or disposition of this action, and that should further proceedings therein become necessary or desirable, either party may initiate the same in the same manner as if this order had not been entered.

**IT IS FURTHER ORDERED** that the court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including but not limited to enforcing settlement.

/s/ J. Nicholas Ranjan
United States District Judge

cc: All Counsel of Record